UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DONALD P. WATSON and CHRISTINE H. WATSON,

    Plaintiffs,

v.                                      Case No. 5:09-cv-399-Oc-PAM-TBS

LAKE COUNTY,

    Defendant.
_____/

## O R D E R

    This cause comes before the Court on its own motion. Upon examination of the file in the above-styled action, the undersigned has determined that there is cause for recusal. Accordingly, the undersigned recuses himself from all further participation in this case. The Clerk of the Court is instructed to reassign this case to another Magistrate Judge under the blind filing system established pursuant to the rules of this Court.

    DONE AND ORDERED in Ocala, Florida, on January 30, 2012.

                                                       THOMAS B. SMITH
                                                       United States Magistrate Judge

Copies to:

    Plaintiffs
    Counsel of Record